**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

YEHUDA "JAY" ADAMS,

Plaintiff,

-against-

Case No. 2:26-cv-04647 (JMW)

GLOBAL BRIDGE TECHNOLOGIES, INC. d/b/a TOP NOTCH; GLOBAL BRIDGE ADVISORS, LLC; BLVD MEDICAL LLC; ABC COMPANY (fictitious entity); ROBERT FULTON ROOD IV; STEEL WHEELZ LLC; GARY FIOCCO; and JOHN DOES 1–10,

Defendants.

---------------------------------------------------------------X

**EXHIBIT A**
**[PROPOSED] STIPULATED BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Yehuda "Jay" Adams ("Plaintiff") and counsel for Defendants Global Bridge Technologies, Inc. ("GBT"), Global Bridge Advisors, LLC, BLVD Medical LLC, Steel Wheelz LLC, Robert Fulton Rood IV, and Gary Fiocco (collectively, "Defendants"), subject to the approval of the Court, that Defendants' motion to dismiss the Verified Complaint (ECF No. 3) pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6) shall be briefed as follows:

1) Defendants shall e-file their Notice of Motion to Dismiss, memorandum of law, and supporting declarations and exhibits within thirty (30) days of the Court's grant of leave to file and subsequent to the pre-motion conference;
2) Plaintiff shall serve his memorandum of law in opposition and any supporting papers within thirty (30) days of Defendants' e-filing of said Motion.
3) Defendants shall serve their Reply memorandum of law within fourteen (14) days of Plaintiffs' e-filing of his opposition papers.
4) This stipulation may be executed in counterparts and by electronic signature, each of which shall be deemed an original.

Dated: October 29, 2026

**THE LINDEN LAW GROUP, P.C**

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.
5 Penn Plaza, 19th Floor
New York, New York 10001
(212) 655-9536
*Attorneys for Defendants*

____________________

Eric S. Landau, Esq.
Attorney for Plaintiff
Law Office of Eric S. Landau
50 Fountain Plaza, Suite 1400
Buffalo, NY 14202
Tel: (718) 440-6723

**SO ORDERED:**

_________________________________

Hon. James M. Wicks
United States Magistrate Judge
Dated: Central Islip, New York

_____________, 2026